1  James E. Doroshow, Esq. (SBN: 112920)
    jdoroshow@linerlaw.com
2  Brian T. Hafter, Esq. (SBN: 173151)
    bhafter@linerlaw.com
3  Kevin I. Shenkman, Esq. (SBN: 223315)
    kshenkman@linerlaw.com
4  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
5  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
6  Telephone:  (310) 500-3500
   Facsimile:  (310) 500-3501

Attorneys for Defendant and Counterclaimant
CAMPING WORLD, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAM GORDON, INC. dba ROBBY GORDON MOTORSPORTS, | Case No. CV08-01731 MMM (JWJx) |
| Plaintiff, | [Assigned for all purposes to the Honorable Margaret M. Morrow in Courtroom 780] |
| vs. | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| CAMPING WORLD, INC., a Kentucky corporation; and DOES 1 through 10, | Date Action Filed: March 13, 2008 |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

It is hereby ordered that this case, including all claims brought by Plaintiff and all counterclaims brought by Defendant, be dismissed in its entirety with prejudice, pursuant to the agreement among the parties. This court retains jurisdiction over this matter to enforce the settlement agreement.

Dated:  July 3, 2008

*Margaret M. Morrow*
United States District Court Judge

1
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Case No. CV08-01731 MMM (JWJx)

0012519/001/ 398813v01